**Order entered April 18, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00706-CR
No. 05-17-00707-CR
No. 05-17-00708-CR
No. 05-17-00712-CR
No. 05-17-00713-CR
No. 05-17-00714-CR
No. 05-17-00715-CR

**DOUGLAS LEE LEGUIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-82880-2014; 380-82881-2014; 380-82882-2014; 380-82883-2014;**
**380-82884-2014; 380-82885-2014; 380-82886-2014**

## ORDER

The State's Second Motion for Extension of Time to File its Brief filed April 17, 2018 is

**GRANTED**. The State's brief tendered with the motion is deemed timely filed as of the date of

this order.

/s/     MOLLY FRANCIS
        PRESIDING JUSTICE